TIMOTHY COURCHAINE
United States Attorney
District of Arizona
TERRY MEINECKE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Leonel Barela-Avalos, <br><br> Defendant. | CR-25-03486-TUC-EJM <br><br> **I N F O R M A T I O N** <br><br> Violation: <br><br> 19 U.S.C. §§ 1459(a), (e)(1), & (g) <br> (Reporting Requirements for Individuals) <br> (Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 6, 2025, in the District of Arizona, at or near San Miguel, Arizona, Leonel Barela-Avalos, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

August 8, 2025                                TIMOTHY COURCHAINE
                                              United States Attorney
                                              District of Arizona

                                              *Terry M. Meinecke*
                                              TERRY MEINECKE
                                              Assistant U.S. Attorney